CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff
ANTONIO FERNANDEZ

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>PRIME/FRIT BELL GARDENS, LLC, a Delaware Limited Liability Company; BETTER PARTNERS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-07053-RSWL-JEM<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: April 15, 2021        By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff