CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

DALE J. PARK (SBN: 136158)
daleparklawyre@gmail.com
LAW OFFICES OF DALE J. PARK
3333 Wilshire Boulevard, Suite 320
Los Angeles, CA 90010
Telephone: (213) 389-5900
Facsimile: (213) 383-7758
Attorneys for Defendants
Prime/Frit Bell Gardens, LLC and Better Partners, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PRIME/FRIT BELL GARDENS, LLC, a Delaware Limited Liability Company; BETTER PARTNERS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:20-cv-07053-RSWL-JEM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 04, 2021         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: June 04, 2021         LAW OFFICES OF DALE J. PARK

By: /s/ Dale J. Park
    Dale J. Park
    Attorneys for Defendants
    Prime/Frit Bell Gardens, LLC and
    Better Partners, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Dale J. Park, counsel for Prime/Frit Bell Gardens, LLC and Better Partners, Inc., and that I have obtained Mr. Park's authorization to affix his electronic signature to this document.

Dated: June 04, 2021     CENTER FOR DISABILITY ACCESS

                         By: /s/ Amanda Seabock
                             Amanda Seabock
                             Attorneys for Plaintiff